JAMES TALCOTT, INC., Respondent, *v.* JESSE J. OZDOBA et al., Appellants.

Submitted October 5, 1953; decided October 16, 1953.

*Melvin Liebowitz* for motion.

*Chester A. Lessler* opposed.

Motion denied.